1. Salvador Dueñas (Full Name)
2. 12700 van nuys (Address Line 1)
3. Blvd #373, Pacoima (Address Line 2)
4. CA 91331 (Phone Number)
5. Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Salvador Dueñas,
   Plaintiff,
vs.
officer green
officer marabyan
Sgt. Bunch, officer Doan
Foothill Lapd Division, olive view
   Defendant(s). hoshipal sylmar

Case No.: 2:18-cv-08079-CJC-ADS
(To be supplied by the Clerk)

**First Amended**
**Civil Rights Complaint Pursuant to**
**42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☒ Yes  ☐ No

*(All paragraphs and pages must be numbered.)*

### I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

### II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because a civil action in which a defendant is an officer or employee of the united states or any agency thereof acting in his official capacity or under color of legal authority, may be brought in any judicial district in the action that Resides a substantial action until situated!

Pro Se Clinic Form                    Page Number

## III. PARTIES

3. Plaintiff **Salvador Duenas** resides at:
(your full name)
**12700 Van Nuys Blvd #373**
**Pacoima CA, 91331**
(your address)

(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)

4. Defendant **Officer Green, Serial# 36890** works at
(full name of Defendant)
**Los Angeles Plolice Dept, Foothill Division, San Fernaddo Valley**
(Defendant's place of work)

Defendant's title or position is **Peace Officer**
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☒ individual capacity        ☒ official capacity

This Defendant was acting under color of law because: **Arrest made without probable cause, Beat Arretee and tased while in a hobble!**

5. Defendant **Officer Marabyan Serial# 42900** works at
(full name of Defendant)
**Los Angeles Police Dept, Foothill Division, SanFernando Valley**
(Defendant's place of work)

Defendant's title or position is **Peace Officers**
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☒ individual capacity        ☒ official capacity

This Defendant was acting under color of law because: **Kicked down door attacked suspect without probable caused, causing him permanent injuries, and tased and Beat him while in Restraint,**

Pro Se Clinic Form                    Page Number

1. ___. Defendant **Sgt Bunch** works at
(full name of Defendant)

**Los angeles police Dept, Foothill Division, San fernando valley**
(Defendant's place of work)

Defendant's title or position is **Sergeant**.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☒ individual capacity           ☒ official capacity

This Defendant was acting under color of law because **he was at the Scene and Failed to do nothing to stop the unsual cruelness of his officers, and supported their cause**

___. Defendant **officer Doan # 37330** works at
(full name of Defendant)

**Los angeles police Dept, Foothill Division, San fernando valley**
(Defendant's place of work)

Defendant's title or position is **Peace officer # 37330**
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☒ individual capacity           ☒ official capacity

This Defendant was acting under color of law because **he was a part of the arrest though he's not the officer who cause the Damages, he Saw every thing**

---

Pro Se Clinic Form                Page Number

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

On the night of november 19th 2017, 2 officers arrived at my door step officer green and officer mara byan out to a call placed by my spouse of an unsual misunderstanding officers broke into my home without disclosing they were police officers, I was in my Bedroom when I heard the sound of the Breaking door and fearfully went to see what it was when I was immidiately Rushed and Brutally assaulted by 2 lapd officers

who used over excessive force even as I was no Resisting or Fighting Back, All that I just disclosed is on video The assaults, threats to kill me and audio of me been attacked and asking them to stop. I am of latin desent the officers were caucasian. the injuries I sustained had me hospitalized, at Sylmar olive view hospital which Failed to give and show medical attention, In other words an act of Descrimination againts me!

Sgt Bunch was present at the scene of his officers commiting Such act of excessive Force and Failed to do nothing about it Knowing I wasnt Resisting. officer Doan only participated with arrest he caused no acts! First incident occurred with officer amaro and williams, they caused no excessive Force, the court has the entire story misunderstood. I submitted a video to court just Recently, it's more than just sufficient what type of officers they truly are I dont understand why cort chambers Fails to acknowledge it!

1. LAPD excessive force video was filed July 17, 2019
2. I find extremely unconstitutional as in to why
3. the judge and court want to dismiss my case, I'm
4. representing myself to show the court I can proceed
5. on my own under the circumstances that officer
6. green and mara byay, treated me unfairly and tied
7. me like an animal while they made suffer
8. this video speaks for itself, no matter the reason
9. 
10. they were called for it did not give them
11. the right to attack me the way they did
12. with no shame in front of many that witnessed
13. I have 2 witnesses by the name of Sonia Arias
14. and Melanie Arias who allegedly recorded them
15. doing these horrible things to me, my wife
16. also witnessed and many more. my claim
17. is essentially against the entity that employs
18. 
19. them, weather governmental or not they violated
20. my civil right's by taking advantage of their
21. authority, I thought cops were supposed to
22. protect and serve, not harm others without
23. probable cause, I'm currently under alot of trauma
24. I have no medical to treat my injuries I suffered
25. from concussions and alot cramps in my body consistent
26. headaches and trow ups due to what they put
27. me trew on November 19th 2018 plus more.
28.

## V. CLAIMS

### Claim #1

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

___. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right: Officers acted under color of state law, By causing plaitff Salvador Duenas. Suffer physical pain and emotional Distress from incident Slicker vs. Jackson, 215 F.3d, 1227 (11th cir. 2001)

___. The above civil right was violated by the following Defendants: Officer green #36890 officer marabyan # 42900

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

___. Both officer's held Salvador Duenas againts his will, laying on his stomach Facing Down while handcuffed, and Repeatedly tasing him non-stop while he kept yelling to stop and not to continue hurting him as an animal, But officers continued causing more and more pain and Sgt Bunch Refused to tell them to stop. it's why their 100% negligent!

___. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: physical Body pain, Back, neck, legs, cramps, scars, and consistent headaches. and emotional distress. not allowing to sleep well, permanent trauma. and Defendant has no medical to treat.

Pro Se Clinic Form                  Page Number

## Claim #( )
(insert Claim#)

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

(List any other legal claim you have that is related to your civil rights claim.)

___. this is the only current claim ever in my life, I've never encountered anything with LAPD like I did that night. they hurt me more than enough I cried wishing they stopped and they just wouldn't. they showed me how evil they were to me!

___. Plaintiff alleges the above claim against the following Defendant(s): officer green and officer marabyan, I wish and Respectfully ask you Judge to grant me Relief For what they did to me, I need youre help. theires to much dishonesty in this case and I have evidence to prove

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

Sylmar olive view hospital failed to Show my injuries any kind of care specially when I was Bleeding From my lips, Face, and ears, including my Surgery I had behind my ears years ago, I assert that this hospital intentionally Refused to treat me like a normal person due to the fact they saw me in hands cuffs! which makes them look negligent

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:
Section 1983 establishes a cause of action For any person who has been deprived of Rights secured by the constitution or laws of the united states by LAPD officers acting under color of State Law and (2) that as a Result of this conduct plaintiff was deprived of rights, privileges or immunities secured by the constitution or the laws of the united states!

Pro Se Clinic Form                        Page Number

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. Respectfully ask the court to grant my case Relief, and that I am heard in Front of a Jury Along with all witnesses and that these cops Are Deciplined to the actions they took, I wish For not to be Fired Because they Deserve a Job But that they are carefully watched and Removed From the Street and converted into desk officers, the last thing I want is For them to put someone else under the same kind of Pain. I also Request For me to Be provided with medical to treat my injuries and phycological trauma, I also want the Jury to award me to what they think is Fair to what these officers made me Suffered. I would like them to See the video!

2. If the court grants Relief I will Surely Rest, I need the Judge in charge of this to take the video into consideration if by any Reason the video hadnt been Reviewed please contact me For any Additional concerns. Thank you.

Dated: 7-22-19

Sign: _____

Print Name: Salvador Diona_



USPS Priority Mail Flat Rate Envelope

