UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR DUEÑAS,<br><br>            Plaintiff,<br><br>      v.<br><br>AMARO, et al.,<br><br>            Defendants. | Case No. 2:18-08079 CJC (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion to Amend Complaint and Motion for Revision of Scheduling Order ("Motion"), Plaintiff's proposed second amended complaint, Plaintiff's evidence in support of the Motion, Defendants' Oppositions to the Motion, Plaintiff's Reply, and all related records and files herein, as well as the Report and Recommendation of United States Magistrate Judge dated July 20, 2021 [Dkt. No. 87].

   Finding no objections on file, it is hereby ordered:

   1.   The Report and Recommendation of United States Magistrate Judge [Dkt.

No. 87] is accepted;

2. Plaintiff's Motion to Amend Complaint and Motion for Revision of Scheduling Order [Dkt. No. 71] is denied; and

3. The Case Management and Scheduling Order [Dkt. No. 36] remains in effect and discovery in this action remains closed.

DATED: August 4, 2021

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge

2