# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR DUEÑAS, | ) Case No.:  2:18-cv-08079-CJC(ADSx) |
| Plaintiff, | ) **JUDGMENT FOLLOWING ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| v. | |
| OFFICER GREEN; OFFICER MARABYAN; SERGEANT BUNCH; OFFICER DOAN; FOOTHILL LAPD DIVISION; OLIVE VIEW SYLMAR HOSPITAL, | ) Complaint Filed: 9/18/2018 |
| Defendants. | |

///

///

///

///

///

The Court entered an Order **GRANTING** Defendant COUNTY OF LOS ANGELES' motion for judgment on the pleadings and **DISMISSED WITH PREJUDICE** Plaintiff's First Amended Complaint for failure to state a claim upon which relief may be granted on November 10, 2021. Judgment is accordingly entered in favor of Defendant and against Plaintiff

**IT IS SO ORDERED.**

Dated: January 13, 2022

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE